IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MITCHELL W. CRUTCHFIELD                                                              PLAINTIFF

v.                                       No. 2:17-CV-02075

TYSON FOODS, INC.                                                                    DEFENDANT

## **JUDGMENT**

Pursuant to the order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that this matter is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 30th day of June, 2017.

*/s/ P. K. Holmes,* III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE